IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FIRST NATIONAL BANK & TRUST COMPANY
OF MOUNTAIN HOME, Special Administrator for
The Estate of Debra Hulse Knighton, Deceased,                          PLAINTIFF

VS.                                         NO. 4:06-CV-00898 WRW

MINNESOTA LIFE INSURANCE COMPANY;
and FLOYD KNIGHTON,                                                    DEFENDANTS

## JUDGMENT

On the 4th day of November, 2008, the same being a regular day of the term of this Court and being the date on which the above captioned matter was set for trial, the above captioned case came on for trial, and the Plaintiff, First National Bank and Trust Company, Special Administrator for the Estate of Debra Knighton Deceased, appeared by its attorneys, Sach D. Oliver and Frank H. Bailey, and announced ready for trial. The Defendant, Floyd Knighton, appeared in person, along with his attorney Larry Hartsfield and announced ready for trial, the Defendant Minnesota Life Insurance Company not appearing, the defendants EMC National Life Company and Stonebridge Life Insurance Company having interpled the disputed funds and being dismissed from further proceedings.

A jury composed of 12 lawful jurors was impaneled to hear the case. After hearing all the testimony, arguments of counsel and submission of exhibits, the jury, returned the following verdict in open court:

1

## INTERROGATORY NO. 1

Do you find from a preponderance of the evidence that Floyd Knighton wrongfully killed Debra Knighton?

Answer: Yes

<u>Stephanie Knapp</u>
PRESIDING JUROR

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Estate of Debra Knighton is entitled to recover the funds interpled by EMC National Life Company and Stonebridge Life Insurance Company, and the clerk of this court is directed to pay forthwith to First National Bank and Trust Company as Special Administrator for the Estate of Debra Knighton Deceased the funds interpled together with any interest earned.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a hearing on the merits of the ERISA claim of Minnesota Life Insurance Company will be held and an amended ERISA scheduling Order will be issued within thirty days of this judgment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the Plaintiff recover its costs of suit to be taxed by the Court against the defendant Floyd Knighton.

Dated this 19th day of November, 2008.

William R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

Approved as to form:

Larry Hartsfield
Attorney for Floyd Knighton

2

_/s/ Frank Bailey_
Frank Bailey
Attorney for First National Bank
And Trust Company as Special
Administrator For the Estate of
Debra Knighton, Deceased



_____
Marshall Ney
Attorney for Minnesota Life
Insurance Company

---

Frank Bailey
Attorney for First National Bank
And Trust Company as Special
Administrator For the Estate of
Debra Knighton, Deceased

*[signature]*

Marshall Ney
Attorney for Minnesota Life
Insurance Company