**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**FIRST NATIONAL BANK & TRUST COMPANY
OF MOUNTAIN HOME, Special Administrator for the
Estate of Debra Hulse Knighton, Deceased**            **PLAINTIFF**

**V.**            **4:06CV00898-WRW**

**MINNESOTA LIFE INSURANCE
COMPANY**            **DEFENDANT**

**ORDER**

Pending are Defendant's Motion to Stay Execution and Enforcement of Orders and Judgment (Doc. No. 183) and Plaintiff's Motion for Cash Supersedeas Bond (Doc. No. 185).

Defendant asks that the enforcement of the judgment in this case be stayed pending appeal and that it be permitted to post a $300,000.00 supersedeas bond from Fidelity and Deposit Company of Maryland. Plaintiff does not opposed the amount of the bond; rather, Plaintiff argues that Defendant should post a cash bond with the Clerk of the Court, because of the "present market risks" in the economy.

Defendant's Motion to Stay Execution and Enforcement of Orders and Judgment (Doc. No. 183) is GRANTED, and Plaintiff's Motion for Cash Supersedeas Bond (Doc. No. 185) is DENIED. Defendant must file the $300,000.00 supersedeas bond from Fidelity and Deposit Company of Maryland by 5 p.m., Friday, August 14, 2009.

IT IS SO ORDERED this 4th day of August, 2009.

           /s/ Wm. R. Wilson, Jr._____
           UNITED STATES DISTRICT JUDGE